# EXHIBIT 9

| US Patent No. 10,675,174 B2 | Infringing Product |
| --- | --- |
| 1. A breathing system adapted to open a nasal passage of a user's nose, the breathing system comprising: | <br><br>*See* https://gentavia.com/products/gentavia%E2%84%A2-breathing-breeze-1 (annotations added). |

1

QB\101278496.1

| US Patent No. 10,675,174 B2 | Infringing Product |
|---|---|
| | |
| a bridge member having a pair of distal portions, a middle portion positioned between the pair of distal portions, and an inner surface that defines a concave configuration, | <br><br>middle portion positioned between the pair of distal portions<br><br>bridge member having a pair of distal portions<br><br>inner surface that defines a concave configuration |

2

QB\101278496.1

| US Patent No. 10,675,174 B2 | Infringing Product |
|---|---|
| |  |
| the bridge member being configured to be positionable adjacent the user's nose, with the inner surface facing the user's nose and each distal portion residing adjacent a respective lateral region of the user's nose; and | |

3

QB\101278496.1

| US Patent No. 10,675,174 B2 | Infringing Product |
|---|---|
| at least one nasal applique adapted to be attachable to a respective lateral region of the user's nose, | <br>At least one nasal applique adapted to be attachable to a respective lateral region of the user's nose<br><br>at least one nasal applique |

4

QB\101278496.1

| US Patent No. 10,675,174 B2 | Infringing Product |
|---|---|
| |  |
| each nasal applique being magnetically attractable to a respective one of the pair of distal portions, | |

5

| US Patent No. 10,675,174 B2 | Infringing Product |
|---|---|
| |  |
| the attraction between the at least one nasal applique and the bridge member imparting a dilating force on the user's nose to dilate the nasal passage; | |

6

QB\101278496.1

| US Patent No. 10,675,174 B2 | Infringing Product |
|---|---|
| | *Compare to no interaction with bridge member:*<br><br> |
| the bridge member being of <span style="color:green">sufficient rigidity so as to retain the concave configuration of the inner surface</span> when the bridge member is <span style="color:red">detached from the at least one nasal applique</span>. | detached from the at least one applique<br><br>sufficient rigidity so as to retain the concave configuration of the inner surface |

7

QB\101278496.1