# EXHIBIT 11

| US Patent No. 9,510,969 B2 | Infringing Product |
|---|---|
| 1. A disposable apparatus attachable to a nose of a wearer and configured for use with a magnet positioned adjacent to the nose of the wearer, the disposable apparatus comprising: | |

1

| US Patent No. 9,510,969 B2 | Infringing Product |
|---|---|
| | Usable with external magnet<br><br>Infringing disposable apparatus product<br><br>*See* https://gentavia.com/products/gentavia%E2%84%A2-breathing-breeze-1 (annotations added). |

2

QB\101272654.1

| US Patent No. 9,510,969 B2 | Infringing Product |
|---|---|
| a flexible base layer including a first surface and an opposing second surface, |  |

QB\101272654.1

| US Patent No. 9,510,969 B2 | Infringing Product |
|---|---|
| |  |
| the first surface having an adhesive disposed thereon to enable the first surface to be selectively attachable to the nose of the wearer; | |

4

QB\101272654.1

| US Patent No. 9,510,969 B2 | Infringing Product |
| --- | --- |
| |  |

QB\101272654.1

| US Patent No. 9,510,969 B2 | Infringing Product |
|---|---|
| |  |
| a metallic element coupled to the second surface of the base layer and being configured to interact with the magnet when the magnet is positioned adjacent the nose of the wearer and the flexible base layer is attached to the nose of the wearer, | |

selectively attachable to the nose of the wearer

6

QB\101272654.1

| US Patent No. 9,510,969 B2 | Infringing Product |
|---|---|
| |  |

7

QB\101272654.1

| US Patent No. 9,510,969 B2 | Infringing Product |
|---|---|
| |  *See id.* (annotations added). |
| the interaction between the metallic element and the magnet imparting a dilating force on the nose of the wearer causing the nose of the wearer to dilate; and | *See id.* (annotations added). |

8

QB\101272654.1

| US Patent No. 9,510,969 B2 | Infringing Product |
|---|---|
| | Magnetic interaction<br>Dilating force<br><br>*Compare to no dilating force:*<br> |
| an outer layer coupled to the base layer and extending over the metallic element to at least partially cover the metallic element; | |

9

| US Patent No. 9,510,969 B2 | Infringing Product |
| --- | --- |
| |  |

QB\101272654.1

| US Patent No. 9,510,969 B2 | Infringing Product |
|---|---|
| at least a portion of the flexible base layer extending radially outward beyond the metallic element to define a flexible peripheral portion; | Extending radially outward beyond metallic element<br><br>Flexible periphery |
| the metallic element being configured to allow for movement of the magnet relative to the metallic element when the magnet is magnetically engaged with the metallic element; | |

11

QB\101272654.1

| US Patent No. 9,510,969 B2 | Infringing Product |
|---|---|
| |  |

12

QB\101272654.1

| US Patent No. 9,510,969 B2 | Infringing Product |
|---|---|
| |  |
| the disposable apparatus, while being attached to the nose of the wearer, being selectively transitional between an active state and an inactive state, | *See* images below. |
| in the active state, the metallic element magnetically interacts with the magnet to impart the dilating force on the nose of the wearer, | |
| in the inactive state, the metallic element is magnetically decoupled from the magnet to | |

13

| US Patent No. 9,510,969 B2 | Infringing Product |
|---|---|
| cease imparting of the dilating force on the nose of the wearer. |  |

QB\101272654.1